# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KHADIM MBENGUE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-99 |
| | * | |
| v. | * | |
| | * | |
| PATRICK GARTLAND, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6, to which Petitioner Khadim Mbengue ("Mbengue") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Mbengue's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and **DENIES** Mbengue *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

SO ORDERED, this ___ day of _____, 2017.

---

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA